United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 24-00303-MJC
Greg Andrew Santine                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                          Page 1 of 3
Date Rcvd: Mar 01, 2024                  Form ID: ntnew341                        Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5594732 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594733 | + | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5594738 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594746 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594735 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 01 2024 18:41:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5594734 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 01 2024 18:41:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5596583 | + | Email/Text: bankruptcy@cavps.com | Mar 01 2024 18:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5594736 | | Email/Text: bankruptcy@credencerm.com | Mar 01 2024 18:41:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594737 | | Email/Text: bankruptcy@credencerm.com | Mar 01 2024 18:41:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594741 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 01 2024 18:41:09 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5594742 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 01 2024 18:41:09 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5596199 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 01 2024 18:41:09 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5594739 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2024 18:46:13 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5594740 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2024 18:46:09 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594743 | | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 01 2024 18:41:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594745 | | Email/Text: camanagement@mtb.com | Mar 01 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5594744 | | Email/Text: camanagement@mtb.com | Mar 01 2024 18:41:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5594747 | | Email/PDF: cbp@omf.com | | |

|          |                                              | Mar 01 2024 18:46:18 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5594748  | Email/PDF: cbp@omf.com                       |                      |                                                            |
|          |                                              | Mar 01 2024 18:46:09 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5594749  | + Email/Text: csc.bankruptcy@amwater.com     |                      |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5594750  | ^ MEBN                                        |                      |                                                            |
|          |                                              | Mar 01 2024 18:39:06 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1179 |
| 5595501  | Email/Text: RVSVCBICNOTICE1@state.pa.us      |                      |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5594751  | Email/Text: caineweiner@ebn.phinsolutions.com |                     |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5599302  | + Email/Text: enotifications@santanderconsumerusa.com |             |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5594753  | Email/Text: enotifications@santanderconsumerusa.com |               |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5594752  | Email/Text: enotifications@santanderconsumerusa.com |               |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5594754  | Email/Text: bkrcy@ugi.com                    |                      |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5598878  | Email/Text: bkrcy@ugi.com                    |                      |                                                            |
|          |                                              | Mar 01 2024 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | |
| | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |

Michael Patrick Farrington
                          on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee
                          ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Greg Andrew Santine,                          Chapter      13
aka Greg A. Santine, aka Greg Santine,

**Debtor 1**                                  Case No.     5:24−bk−00303−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: April 8, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 1, 2024 |

ntnew341 (09/23)