United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 24-00303-MJC
Greg Andrew Santine Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 28, 2024      Form ID: ntnew341      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5594732 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594733 | + | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5594738 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594746 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594735 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 28 2024 18:41:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5594734 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 28 2024 18:41:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5596583 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2024 18:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5594736 | | Email/Text: bankruptcy@credencerm.com | Mar 28 2024 18:41:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594737 | | Email/Text: bankruptcy@credencerm.com | Mar 28 2024 18:41:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594741 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 28 2024 18:41:28 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5594742 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 28 2024 18:41:28 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5596199 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 28 2024 18:41:28 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5594739 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2024 18:51:24 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5594740 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2024 18:51:22 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594743 | | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 28 2024 18:41:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594745 | | Email/Text: camanagement@mtb.com | Mar 28 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5594744 | | Email/Text: camanagement@mtb.com | Mar 28 2024 18:41:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5594747 | | Email/PDF: cbp@omf.com | | |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | Mar 28 2024 18:52:04 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5594748 | Email/PDF: cbp@omf.com | Mar 28 2024 18:52:22 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5594749 | + Email/Text: csc.bankruptcy@amwater.com | Mar 28 2024 18:41:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5594750 | ^ MEBN | Mar 28 2024 18:37:25 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1179 |
| 5595501 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5594751 | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 28 2024 18:41:00 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5599302 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2024 18:41:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5594753 | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2024 18:41:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5594752 | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2024 18:41:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5594754 | Email/Text: bkrcy@ugi.com | Mar 28 2024 18:41:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5598878 | Email/Text: bkrcy@ugi.com | Mar 28 2024 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |

Michael Patrick Farrington     on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Greg Andrew Santine, <br> aka Greg A. Santine, aka Greg Santine, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−00303−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 3, 2024 <br><br> Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 28, 2024 |

ntnew341 (09/23)