UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 13 |
| Greg Andrew Santine | : | |
| | : | CASE NO.: 5:24-bk-00303-MJC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Jason P. Provinzano, Esquire, attorney for Debtor, do hereby certify that a true and correct copy of the foregoing Order Conditionally Granting Debtor's Second and Final Motion to Extend Time to File Schedules, Statements and Other Documents Required by Fed. R. Bankr. P. 1007(b) have been served on April 2, 2024, by first class mail, and/or electronic means upon all creditor on the attached mailing matrix.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date: April 2, 2024

/s/ Jason P. Provinzano, Esquire
By: Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701
P: 570-822-5771
F: 570-908-6664
PA ID: 306451

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-00303-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Apr  2 15:55:10 EDT 2024 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | Astound Broadband Powered by<br>8948 Canyon Falls Blvd<br>Twinsburg, OH 44087-1900 |
| Benedict James Santine II<br>461 Wilson Street<br>Pittston, PA 18643-1025 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Credence Resource Mana<br>4222 Trinity Mills Rd<br>Ste 260<br>Dallas, TX 75287-7666 | Credence Resource Management, LLC<br>Attn: Bankruptcy<br>4222 Trinity Mills Rd<br>Ste 260<br>Dallas, TX 75287-7666 | Dish Network L.L.C.<br>4222 Trinity Mills Rd<br>Ste 260<br>Dallas, TX 75287-7666 |
| (p)FIRSTMARK SERVICES<br>121 S 13TH STREET STE 201<br>LINCOLN NE 68508-1911 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Joseph Mann & Creed<br>8948 Canyon Falls Blvd<br>Twinsburg, OH 44087-1900 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MKL Law Group PC<br>Mellon Independence Center<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 |
| One Main Financial<br>Attn: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731-3251 | One Main Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | PA American Water<br>852 Wesley Drive<br>Mechanicsburg, PA 17055-4475 |
| PPL Electric Utilities<br>2 N. Ninth St.<br>Allentown, PA 18101-1179 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | Progressive<br>PO Box 55848<br>Sherman Oaks, CA 91413-0848 |
| SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA, Inc<br>PO Box 961211<br>Fort Worth, TX 76161-0211 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Greg Andrew Santine<br>74 Mason Street<br>Exeter, PA 18643-1802 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jason Paul Provinzano<br>Law Offices of Jason P. Provinzano, LLC<br>16 W. Northampton Street<br>Wilkes Barre, PA 18701-1708 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Fl 4<br>Sherman Oaks, CA 91411-2532 | (d)Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413-0848 | FM/Firstma<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| (d)FM/Firstma<br>Attn: Bankruptcy<br>121 S 13th St<br>Ste 201<br>Lincoln, NE 68508-1911 | (d)Firstmark Serviced Trust<br>Firstmark Services<br>PO Box 82522<br>Lincoln, NE 68501 | M & T Bank<br>Attn: Bankruptcy<br>PO Box 844<br>Buffalo, NY 14240-0844 |
| (d)M & T Bank<br>PO Box 900<br>Millsboro, DE 19966-0900 | UGI<br>P.O. Box 13009<br>Reading, PA 19612 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 |

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29