United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00303-MJC
Greg Andrew Santine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: May 23, 2024     Form ID: ntnew341     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5594732 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594733 | + | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5594738 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5608392 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5594746 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594735 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 23 2024 18:46:10 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5594734 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 23 2024 18:46:10 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5596583 | + | Email/Text: bankruptcy@cavps.com | May 23 2024 18:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5594736 | | Email/Text: bankruptcy@credencerm.com | May 23 2024 18:47:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594737 | | Email/Text: bankruptcy@credencerm.com | May 23 2024 18:47:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594741 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 23 2024 18:46:00 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5594742 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 23 2024 18:46:00 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5596199 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 23 2024 18:46:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5594739 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 23 2024 18:55:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5594740 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 23 2024 18:55:14 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594743 | | Email/Text: cs.bankruptcy@jmcbiz.com | May 23 2024 18:47:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594745 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5594744 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |

| | | | | |
|---|---|---|---|---|
| 5607076 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5594747 | | Email/PDF: cbp@omf.com | May 23 2024 18:55:09 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5594748 | | Email/PDF: cbp@omf.com | May 23 2024 18:55:15 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5594749 | + | Email/Text: csc.bankruptcy@amwater.com | May 23 2024 18:47:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5594750 | ^ | MEBN | May 23 2024 18:41:28 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1179 |
| 5595501 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2024 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5594751 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 23 2024 18:46:10 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5599302 | + | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5594753 | | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5594752 | | Email/Text: enotifications@santanderconsumerusa.com | May 23 2024 18:47:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5594754 | | Email/Text: bkrcy@ugi.com | May 23 2024 18:47:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5598878 | | Email/Text: bkrcy@ugi.com | May 23 2024 18:47:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5608726 | | Email/PDF: ebn_ais@aisinfo.com | May 23 2024 18:55:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

**Name**  **Email Address**
Jack N Zaharopoulos

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | |
| | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Greg Andrew Santine,
aka Greg A. Santine, aka Greg Santine,

Chapter 13

**Debtor 1**

Case No. 5:24−bk−00303−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 17, 2024<br><br>Time: 08:30 AM |
| --- | --- |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2024 |

ntnew341 (09/23)