# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Greg Andrew Santine,<br>aka Greg A. Santine, aka Greg Santine, | Chapter 13 |
| **Debtor 1** | Case No. 5:24–bk–00303–MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway/*

Mark J. Conway, United States Bankruptcy Judge

Dated: May 28, 2024

ordsmiss (05/18)