United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                           Case No. 24-00303-MJC

Greg Andrew Santine                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5594732 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594733 | + | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5594738 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5608392 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5594746 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594735 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 28 2024 19:19:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5594734 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 28 2024 19:19:51 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5596583 | + | Email/Text: bankruptcy@cavps.com | May 28 2024 19:19:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5594736 | | Email/Text: bankruptcy@credencerm.com | May 28 2024 19:19:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594737 | | Email/Text: bankruptcy@credencerm.com | May 28 2024 19:19:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5594741 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 28 2024 19:19:00 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5594742 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 28 2024 19:19:00 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5596199 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 28 2024 19:19:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5594739 | | EDI: AMINFOFP.COM | May 28 2024 23:17:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5594740 | | EDI: AMINFOFP.COM | May 28 2024 23:17:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594743 | | Email/Text: cs.bankruptcy@jmcbiz.com | May 28 2024 19:19:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5594745 | | Email/Text: camanagement@mtb.com | May 28 2024 19:19:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5594744 | | Email/Text: camanagement@mtb.com | May 28 2024 19:19:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |

| | | | |
|---|---|---|---|
| 5607076 | | Email/Text: camanagement@mtb.com | |
| | | May 28 2024 19:19:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5594747 | | EDI: AGFINANCE.COM | |
| | | May 28 2024 23:17:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5594748 | | EDI: AGFINANCE.COM | |
| | | May 28 2024 23:17:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5594749 | + | Email/Text: csc.bankruptcy@amwater.com | |
| | | May 28 2024 19:19:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5594750 | ^ | MEBN | |
| | | May 28 2024 19:14:24 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1179 |
| 5595501 | | EDI: PENNDEPTREV | |
| | | May 28 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5595501 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | May 28 2024 19:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5594751 | | Email/Text: caineweiner@ebn.phinsolutions.com | |
| | | May 28 2024 19:19:51 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5599302 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | May 28 2024 19:19:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5594753 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | May 28 2024 19:19:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5594752 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | May 28 2024 19:19:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5594754 | | Email/Text: bkrcy@ugi.com | |
| | | May 28 2024 19:19:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5598878 | | Email/Text: bkrcy@ugi.com | |
| | | May 28 2024 19:19:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5608726 | | EDI: AIS.COM | |
| | | May 28 2024 23:17:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Greg Andrew Santine,                    Chapter        13
aka Greg A. Santine, aka Greg Santine,

**Debtor 1**                            Case No.       5:24−bk−00303−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 28, 2024

ordsmiss (05/18)